```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03046
   ANNA MARIE EDWARDS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-3865


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 01/31/2005 and was confirmed 04/04/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  47.58% from remaining funds.

    The case was dismissed after confirmation 10/06/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                          PAID        PAID
-----------------------------------------------------------------------
CENTRIX FINANCIAL LLC      SECURED         11550.00      1435.49    11550.00
CENTRIX FINANCIAL LLC      UNSECURED        2449.59         .00       456.94
KEITH S SHINDLER           SECURED           372.00        42.45       372.00
KEITH S SHINDLER           UNSECURED         1114.81         .00       207.94
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED         .00          .00
ADT SECURITY SERVICES      UNSECURED      NOT FILED         .00          .00
EQUINOX                    NOTICE ONLY    NOT FILED         .00          .00
AT & T BANKRUPCTY          UNSECURED      NOT FILED         .00          .00
BALLYS                     UNSECURED      NOT FILED         .00          .00
OSI PORTFOLIO SERVICES     NOTICE ONLY    NOT FILED         .00          .00
PREIMER CREDIT             NOTICE ONLY    NOT FILED         .00          .00
ARROW FINANCIAL SERVICES   NOTICE ONLY    NOT FILED         .00          .00
BELL AUTO LEASING          UNSECURED       10033.36         .00       1871.57
CHARTER ONE BANK           UNSECURED        1443.92         .00        269.35
SALVATORE SPINELLI ESQ     NOTICE ONLY    NOT FILED         .00          .00
CITY OF CHICAGO PARKING    UNSECURED        3260.00         .00        608.10
CITY OF CHICAGO PARKING    NOTICE ONLY    NOT FILED         .00          .00
LINEBARGER GOGGAN BLAIR    NOTICE ONLY    NOT FILED         .00          .00
COMCAST                    UNSECURED      NOT FILED         .00          .00
CREDIT PROTECTION ASSOC    NOTICE ONLY    NOT FILED         .00          .00
COMMONWEALTH EDISON        UNSECURED      NOT FILED         .00          .00
CONSULTANTS IN CLIN PATH   UNSECURED      NOT FILED         .00          .00
ROUNDUP FUNDING LLC        UNSECURED OTH    835.93         .00        155.92
ARS                        NOTICE ONLY    NOT FILED         .00          .00
WEINSTEIN MANLEY RILEY     NOTICE ONLY    NOT FILED         .00          .00
KENNEDY KING COLLEGE       UNSECURED      NOT FILED         .00          .00
NATIONAL FURNITURE         UNSECURED        1550.00         .00        289.13
PEOPLES GAS LIGHT & COKE   UNSECURED            .00         .00          .00
SPRINT                     UNSECURED      NOT FILED         .00          .00
COLLECTECH                 NOTICE ONLY    NOT FILED         .00          .00
US PAYDAY LOAN             UNSECURED      NOT FILED         .00          .00
BELL AUTO LEASING          SECURED NOT I       .00          .00          .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 03046 ANNA MARIE EDWARDS
```

```
INTERNAL REVENUE SERVICE PRIORITY         500.00            .00       500.00
AT & T BANKRUPCTY        UNSECURED        900.27            .00       167.93
BANK ONE                 UNSECURED     NOT FILED            .00          .00
LEDFORD & WU             DEBTOR ATTY   2,351.80                     2,351.80
TOM VAUGHN               TRUSTEE                                    1,284.29
DEBTOR REFUND            REFUND                                       242.29

        Summary of Receipts and Disbursements:
 ------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
 ------------------------------------------------------------------------------
TRUSTEE                 21,805.20

PRIORITY                                         500.00
SECURED                                       11,922.00
    INTEREST                                   1,477.94
UNSECURED                                      4,026.88
ADMINISTRATIVE                                 2,351.80
TRUSTEE COMPENSATION                           1,284.29
DEBTOR REFUND                                    242.29
                        ---------------      ---------------
TOTALS                  21,805.20             21,805.20
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 01/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE